**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROACH MANUFACTURING CORP., et al.**                                           **PLAINTIFFS**

**v.**                          **CASE NO. 3:09-cv-00029 BSM**

**NORTHSTAR INDUSTRIES, INC., et al.**                **DEFENDANTS/COUNTER**
                                                                                                   **PLAINTIFFS**
**v.**

**ROACH MANUFACTURING CORP., et al.**                **COUNTER DEFENDANTS**

## ORDER

The parties jointly move to continue the June 13, 2011, trial date. They state that they would like to postpone potentially expensive depositions until after their May 12, 2011, settlement conference in order to avoid incurring unnecessary litigation costs in the event that the case settles. The parties request a new trial date sometime after August 15, 2011, to allow them time to complete necessary depositions if the case does not settle. For cause shown, the motion to continue is GRANTED. A new scheduling order will follow.

IT IS SO ORDERED this 20th day of April, 2011.


                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE